**UNITED STATES DISTRICT COURT**
WESTERN DISTRICT OF KENTUCKY
**LOUISVILLE DIVISION**
**3:19-cv-766-RGJ**

**UNITED STATES OF AMERICA**                                                                 **PLAINTIFF**

**JOINT MOTION FOR EXTENSION OF TIME**

**TIMOTHY DENISON, ET AL.**                                                                  **DEFENDANTS**

Come Defendants TIMOTHY DENISON and CYNTHIA CHAPMAN, and respectfully move the Court for an enlargement of time to and including Friday, December 20, 2019, within which to retain counsel and file their respective answers. This motion is made in the interest of fairness and not for any improper purpose such as prejudice or delay.

WHEREFORE, the Court is moved to enter the attached order.

                                              Respectfully submitted,

                                              __/s/ Timothy Denison__
                                              TIMOTHY DENISON
                                              235 South Fifth Street
                                              The Third Floor
                                              Louisville, Kentucky 40202-3266
                                              (502) 589-6916; (FAX) 568-6919
                                              timothydenison@aol.com
                                              Defendant

                                              /s/ Cynthia Chapman

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing was served by CM/ECF upon all parties entitled to receive service on this the 25th day of November, 2019.

                                              s/Timothy Denison