**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | |
| | ) | Case No. 3:19-cv-766-RGJ |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Re: Docket No. 4 |
| | ) | |
| **TIMOTHY DENISON**, *et al.*, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| _____) | | |

**UNITED STATES' RESPONSE TO THE JOINT MOTION FOR EXTENSION OF TIME
TO FILE ANSWER FILED BY TIMOTHY DENISON AND CYNTHIA CHAPMAN**

In response to the *Joint Motion for Extension of Time* [Docket No. 4] filed by Timothy Denison, Esq., on behalf of Cynthia Chapman and himself, the United States of America, through undersigned counsel, consents to extending Cynthia Chapman's and Timothy Denison's deadlines to respond to the Complaint for twenty-one (21) days from the date of the original responsive pleading deadlines of November 20, 2019 and November 21, 2019 to **December 11, 2019** and **December 12, 2019**, respectively, despite the fact that both Defendants defaulted by failing to file any responsive pleading before the deadlines imposed by Federal Rule of Civil Procedure 12(a)(1)(A)(i). The United States reserves all rights, claims, objections, and defenses.

[*Signature Block on Next Page*]

DATED:   November 26, 2019	**RUSSELL M. COLEMAN**

United States Attorney

By: /s/ *Alexander R. Kalyniuk*
Alexander R. Kalyniuk
Virginia State Bar Number: 92325
Trial Attorney, Tax Division
U. S. Department of Justice
Post Office Box 227, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-3309
Facsimile: (202) 514-6866
E-Mail: Alexander.R.Kalyniuk@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of November, 2019, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to Defendant Timothy Denison.

I further certify that on the same date I have mailed the document by United States Postal Service to the following non-CM/ECF Defendant Cynthia Chapman at the following address:

**Cynthia Chapman**
12203 Old Shelbyville Road
Louisville, Kentucky 40243-1567

*/s/ Alexander R. Kalyniuk*
ALEXANDER R. KALYNIUK
Trial Attorney
United States Department of Justice, Tax Division