UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>v.<br><br>TIMOTHY DENISON, ET AL.<br><br>DEFENDANT. | CIVIL ACTION NO. 3:19-CV-766-RGJ<br><br>*ELECTRONICALLY FILED* |

**ORDER DROPPING NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER,
AS SUCCESSOR-IN-INTEREST TO SETERUS, INC. AS A PARTY**

Upon the Motion of Plaintiff, United States of America ("Plaintiff"), and Defendant, Nationstar Mortgage LLC d/b/a Mr. Cooper, as successor-in-interest to Seterus, Inc. ("Defendant"), Defendant having disclaimed any interest in the subject property identified in the Plaintiff's Complaint, and the Court being otherwise sufficiently advised, IT IS HEREBY ORDERED that Defendant is dropped as a party pursuant to Federal Rule of Civil Procedure 21 and shall therefore have no further obligations in this matter. The above-mentioned Plaintiff and Defendant shall bear their own costs and attorney's fees in the above-captioned matter.

TENDERED BY:

*/s/ Brian M. Bennett*
Brian M. Bennett
Neal F. Bailen
STITES & HARBISON, PLLC
400 West Market Street, Suite 1800
Louisville, KY  40202-3352
Telephone: (502) 587-3400
bbennett@stites.com
nbailen@stites.com
*Counsel for Defendant, Nationstar Mortgage LLC d/b/a Mr. Cooper, as successor-in-interest to Seterus, Inc.*