# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, **PLAINTIFF**, v. **TIMOTHY DENISON**, *et al.*, **DEFENDANTS.** | Case No.: 3:19-cv-00766-RGJ |
| **KENTUCKY DEPARTMENT OF REVENUE**, **CROSSCLAIM PLAINTIFF**, v. **TIMOTHY DENISON**, **CROSSCLAIM DEFENDANT.** | |

## JOINT STATUS REPORT AND DISCOVERY PLAN

A. **Rule 26(f) Conference**. The following persons participated in a Rule 26(f) conference on March 23, 2020 via telephone conference: Alexander Kalyniuk, representing the Plaintiff United States of America, and Maureen Sullivan representing Defendants Timothy Denison and Cynthia Chapman. While counsel for Defendant and Crossclaim Plaintiff Kentucky Department of Revenue was unable to join the March 23, 2020 telephone conference, both Alexander Kalyniuk and Maureen Sullivan spoke with counsel for the Kentucky Department of Revenue on separate phone calls on March 18, 2020. Due to workplace disruptions caused by the current COVID-19 outbreak, the parties were unable to schedule a conference at the same time; however, all parties have spoken to each other over the phone at some point and agree with the terms of this Joint Status Report and Discovery Plan.

B. **Description of Issues and Facts**. Timothy Denison allegedly owes federal income taxes to the United States of America for tax years 2006, 2007, 2011, and 2016 totaling approximately $190,000, and state income taxes to Kentucky Department of Revenue for tax years 2011 and 2019 totaling approximately $10,000. The United States seeks to reduce Denison's tax liability to judgment and foreclose its federal tax liens on his principal residence, which Denison had gifted to Cynthia Chapman in 2015. The Kentucky Department of Revenue was named as a Defendant because it may claim an interest in the property at issue, and it filed a Crossclaim against Denison to reduce his state tax liabilities to judgment.

C. **Rule 26(f)(3) Views**.

    i. Deadline changes are noted in the proposed discovery plan below.

    ii. United States of America anticipates the need for discovery on the following: whether Denison owes the taxes alleged in its Complaint; whether Chapman is his nominee and if the federal tax liens attach to the real property Denison transferred to her; and whether that transfer of real property is considered a fraudulent transfer. The Plaintiff anticipates the need for written discovery and depositions.

    iii. Kentucky Department of Revenue anticipates the need for discovery on the following: whether Denison owes the amounts alleged in its Crossclaim.

    iv. Timothy Denison and Cynthia Chapman anticipate the need for discovery on: the fair market value and tax assessment of the properties.

    v. The parties will produce electronic files and information in a "reasonably usable form" as defined by Fed. R. Civ. P. 34(a)(1)(A). A "reasonably usable form" allows the underlying information to be extracted, converted,

        imported, and searched.

    vi.    Federal Rule of Evidence 502 shall control regarding disclosure(s) of a communication or information covered by the attorney-client privilege or work-product protection.

    vii.    The Parties request that the Court allow any party to file a motion to extend or alter the deadlines herein based on good cause related to unforeseen circumstances caused by the COVID-19 outbreak in the months ahead.

D.    **Initial Disclosures**.  The parties will have completed by **April 17, 2020** the initial disclosures required by Fed. R. Civ. P.  26(a)(1).

E.    **Proposed Discovery Plan**. The parties propose this discovery plan:

    i.    **Subjects for Discovery**.

        1. The United States of America anticipates the need for discovery on the following: Whether Denison owes the taxes alleged in the Complaint; whether Cynthia Chapman is his nominee and that the federal tax liens attach to the real property Denison transferred to her; and whether that transfer of real property is considered a fraudulent transfer. The Plaintiff anticipates the need for written discovery and depositions.

        2. The Kentucky Department of Revenue anticipates the need for discovery on the following: Whether Denison owes the taxes alleged in the Crossclaim.

        3. Timothy Denison and Cynthia Chapman anticipate the need for discovery on: the fair market value and tax assessment of the

        properties.

ii. The parties shall commence discovery immediately and complete all written discovery and depose all fact witnesses on or before **November 6, 2020**, unless certain unforeseen circumstances warrant extending the discovery period.

iii. Each party may serve no more than **30 written interrogatories** to a single party, including all discrete subparts. The responding party must serve its answers and any objections within 30 days of being served with the interrogatories. Each party may serve no more than **75 requests for admission** to a single party. The responding party must serve its answers and any objections within 30 days of being served with the request for admission. Each party may depose as many witnesses as they deem necessary, but no more than **7 witnesses** without consent of opposing counsel or leave of Court. Depositions shall last no longer than **7 hours** on any given day, but depositions may last more than one day if necessary and proportional to the needs of the case.

iv. **November 6, 2020** is the last date for exchanging reports of expert witnesses (if necessary).

v. Pursuant to Rule 26(e), the parties may supplement a disclosure under Rule 26(a), interrogatory response, request for production response, or request for admission response on or before **August 1, 2020**.

vi. Any motions to amend or to add parties shall be filed by the Plaintiff by no later than **May 1, 2020**.

  F. **Motion to Add Parties by Defendants**. Any motions to amend or to add parties shall be filed by the Defendants by no later than **May 1, 2020**.

  G. **Deadline to File Dispositive Motions**. The parties propose that dispositive motions shall be filed by no later than **December 4, 2020**.

  H. **Pretrial Motions**. The parties anticipate that **January 8, 2021** should be the final date for submitting Rule 26(a)(3) witness lists, designations of witnesses whose testimony will be presented by deposition, and exhibit lists.

  I. **Deadline to File Objections Under Rule 26(a)(3)**. The final date to file objections under Rule 26(a)(3) is **January 22, 2021**.

  J. **Opinions on ADR**. The parties will discuss settlement options. There is no identifiable alternative dispute resolution procedure that may enhance settlement.

  K. **Probable Length of Trial**. The parties anticipate a bench trial of this action to last no longer than two (2) days.

  L. **Referral to a Magistrate Judge**. The parties do not consent that the matter be referred to a U.S. magistrate judgment for all purposes including entry of judgment pursuant to 28 U.S.C. § 636(c).

  M. **Dates Mutually Convenient for Trial**. The parties submit that a convenient trial date is any date agreeable to the Court between **January 25, 2021** through **February 5, 2021**, or on a date otherwise ordered by the Court.

[*Remainder of Page Left Intentionally Blank*]

Respectfully submitted this 2nd day of April, 2020.

By:

*/s/ Alexander R. Kalyniuk*
Alexander R. Kalyniuk
Trial Attorney
U.S. Department of Justice, Tax Division
Civil Trial Section, Eastern Region
P.O. Box 227, Ben Franklin Station
Washington, D.C. 20044
Office: (202) 616-3309
Cell: (202) 598-7048
Facsimile: (202) 514-6866
E-mail: Alexander.R.Kalyniuk@usdoj.gov
*Counsel to the United States of America*

*/s/ Donald Guier (with express permission via e-mail on April 2, 2020)*
Donald S. Guier
Commonwealth of Kentucky
Finance and Administration Cabinet
Department of Revenue
P.O. Box 5222
Frankfort, Kentucky 40602
Office: (502) 564-4971
Facsimile: (502) 564-7348
E-mail: Don.Guier@ky.gov
*Counsel to Kentucky Department of Revenue*

*/s/ Maureen Sullivan (with express permission via e-mail on April 1, 2020)*
Maureen Sullivan
Kentucky Home Life Building
239 South Fifth Street, Suite 1700
Louisville, Kentucky 40202
Office: (502) 548-1699
E-Mail: sullivanappeals@gmail.com
*Counsel to Timothy Denison and Cynthia Chapman*

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of April, 2020, I electronically filed the foregoing document along with all attachments with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties who have elected to receive service through the CM/ECF system.

                                              */s/ Alexander R. Kalyniuk*
                                              ALEXANDER R. KALYNIUK
                                              Trial Attorney
                                              United States Department of Justice, Tax Division