**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**CIVIL ACTION NO.  3:19-CV-766-RGJ-CHL**

**UNITED STATES OF AMERICA,**                                                                **Plaintiff,**

**v.**

**TIMOTHY DENISON, et al.,**                                                                **Defendants.**

**ORDER**

The undersigned held a telephonic status conference in this matter on August 11, 2020. Participating were the following:

|  |  |
|---|---|
| FOR PLAINTIFF: | Alexander R. Kalyniuk |
| FOR DEFENDANTS: | Maureen Sullivan |
| COURT REPORTER: | Becky Boyd |

The Court set this conference at the request of the Parties to discuss a discovery dispute between them.  Specifically, Plaintiff indicated that it had not yet received either initial disclosures or responses to written discovery propounded in May 2020 from Defendants Denison and Chapman. On the call, counsel for Defendants indicated that both her office and the office of Defendant Denison, himself a practicing attorney, had lost support staff causing delays.  She indicated that the discovery at issue would be provided within fourteen days.  Plaintiff indicated it had no objection to that time period but was concerned an extension of other deadlines may be necessary given the delay.  Though it noted that at least Defendant Denison should already be aware of this, the Court instructed Defendants' counsel to make sure her clients understood the nature of their discovery obligations and the importance of good communication between attorney and client and with opposing counsel.

Accordingly,

IT IS HEREBY ORDERED that Defendants Denison and Chapman shall serve their initial disclosures and respond to Plaintiff's written discovery on or before **August 25, 2020**.

IT IS FURTHER ORDERED that after service of Defendants' discovery responses and initial disclosures, the Parties shall confer regarding whether any modification to the current schedule is necessary.  If they believe modification is required, they shall file a joint motion to modify the current scheduling order on or before **September 1, 2020**.

Colin H Lindsay, Magistrate Judge

United States District Court

cc:  Counsel of record

August 11, 2020

:20

2