**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION**

UNITED STATES OF AMERICA,

    *Plaintiff*,

v.                                                              Case No. 3:19-cv-766-RGJ

TIMOTHY DENISON, *et al.*,

    *Defendants*.

## MOTION TO WITHDRAW AS COUNSEL

Comes the undersigned, as counsel for the Defendants, Timothy Denison and Cynthia Chapman, and respectfully moves that this Court enter the attached Order permitting her to withdraw as counsel for the Defendants; and, further, granting each of the Defendants thirty (30) days in which to retain separate counsel. As reasons for the foregoing, the undersigned states as follows:

    1.    SCR 3.130(1.7), governing conflicts of interest, states:

        (a) A lawyer shall not represent a client if the representation of that client will be directly adverse to another client, unless:

            (1) The lawyer reasonably believes the representation will not adversely affect the relationship with the other client; and

            (2) Each client consents after consultation.

        (b) A lawyer shall not represent a client if the representation of that client may be materially limited by the lawyer's responsibilities to another client or to a third person, or by the lawyer's own interests, unless:

            (1) The lawyer reasonably believes the representation will not be adversely affected; and

            (2) The client consents after consultation. When representation of multiple clients in a single matter is undertaken, the

> consultation shall include explanation of the implications of the
> common representation and the advantages and risks involved.

2. On March 4, 2021, Defendant Denison, through separate counsel, filed a petition for Chapter 13 bankruptcy in the United States Bankruptcy Court for the Western District of Kentucky (Petition No. 21-30466). This fact has created a conflict of interest between the two Defendants which makes it impossible for the undersigned to represent one client without adversely affecting the other client's interests.

3. The Chapter 13 case is ongoing at this time. Defendant Denison is represented by David M. Cantor.

4. Pursuant to LR 83.6, the undersigned certifies that to the best of her knowledge there are no hearings, trials, or motions scheduled in this case at the present time.

5. The undersigned believes in good faith that good cause has been shown for this withdrawal pursuant to LR 83.6(b) and certifies below that notice has been served upon all parties.

6. On behalf of each of the Defendants, the undersigned asks that this Court grant sixty (60) days for the Defendants to retain separate counsel in this matter.

    Respectfully submitted,

/s/ Maureen Sullivan_____
MAUREEN SULLIVAN
Kentucky Home Life Building
239 South Fifth Street, Suite 1700
Louisville, Kentucky 40202
(502) 548-1699
sullivanappeals@gmail.com

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the foregoing was sent via ECF this 25th day of October, 2021, which will send a notice of electronic filing to all counsel of record. Paper copies have been sent to Timothy Denison, 506 Hillrose Drive, Louisville, Kentucky 40243, and Cynthia Chapman, 12203 Old Shelbyville Road, Louisville, Kentucky 40243.

                                                /s/ Maureen Sullivan_____
                                                MAUREEN SULLIVAN