# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

UNITED STATES OF AMERICA,

    *Plaintiff*,

v.                                                      Case No. 3:19-cv-766-RGJ

TIMOTHY DENISON, *et al.,*

    *Defendants*.

## **ORDER**

Motion having been made, and the Court having been duly advised,

IT IS HEREBY ORDERED THAT Maureen Sullivan be and the same hereby is permitted to withdraw as counsel for Defendants Timothy Denison and Cynthia Chapman in this case.

IT IS FURTHER HEREBY ORDERED that Defendants Timothy Denison and Cynthia Chapman shall each have sixty (60) days in which to retain successor counsel in this matter.