# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION
# CIVIL ACTION NO. 3:19-CV-00766-DJH-CHL

**UNITED STATES OF AMERICA,**                                             **Plaintiff,**

v.

**TIMOTHY DENISON, et al.,**                                                  **Defendants.**

## ORDER

The undersigned held a telephonic status conference in this matter on August 31, 2023. Participating were the following:

    FOR PLAINTIFF:        Gokce Tugce Yurekli

    FOR DEFENDANTS:     Timothy Denison, *pro se*
                                    No appearance for Defendant Chapman

The Court scheduled this status conference in follow-up to the Court's March 5, 2021 Order (DN 39), in which the Court stayed this matter pending resolution of the bankruptcy proceedings against Defendants, and required Plaintiff to file a status report in this matter every 180 days until the conclusion of the bankruptcy. Plaintiff's status report (DN 52) reports that Plaintiff's claims against Defendant Denison will be paid in full and resolved if he continues to make all promised payments during the bankruptcy case, and that he is presently compliant with the same. (DN 52.) The Court concluded that an annual joint status report is appropriate given this action's procedural posture and can replace the biannual report required by DN 52. The undersigned directed the Parties to discuss whether a dismissal of this action without prejudice would serve their interests, and report their respective positions as to the same in a joint status report.

Accordingly,

IT IS HEREBY ORDERED the Parties shall meet and confer regarding a dismissal without prejudice in this action, and file a joint status report as to the same on or before **October 1, 2023**.

IT IS FURTHER ORDERED that this matter **REMAINS STAYED**. The Parties shall file an annual status report in this matter no later than **September 1, 2024, and every year thereafter** until the conclusion of the bankruptcy. Plaintiff's final status report shall be due **no later than fourteen days** after the final resolution of the bankruptcy.

Colin H Lindsay, Magistrate Judge
United States District Court

TIC :15

cc: Counsel of record, *Pro se* Defendants

Appeal of this Order is subject to the terms and time limitations of Fed. R. Civ. P. 72(a) and L.R. 72.2.

September 7, 2023