# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> Plaintiff, <br><br> v. <br><br> **TIMOTHY DENISON,** *et al.*, <br><br> Defendants. | Case No: 3:19-cv-00766 |

## UNITED STATES' STATUS REPORT

The United States submits this status report per the Court's order dated December 19, 2025 (ECF 61). The United States brought this action to collect federal income taxes assessed against Timothy Denison for the 2006, 2007, 2011, and 2016 tax years and to enforce the federal tax liens associated with those liabilities against the real property owned by Cynthia Chapman as nominee.

Timothy Denison has passed away. The United States is awaiting on the probate inventory and information regarding the administrator of his estate to determine whether substitution is appropriate.

Additionally, the United States and Defendant Cynthia Chapman are engaged in settlement discussions regarding the property, including a potential resolution of the tax claims and the related foreclosure action. Ms. Chapman has agreed to provide her financial documents to the United States so that her settlement offer can be evaluated properly.

In light of these outstanding matters, the United States respectfully proposes filing another status report in 60 days.

Dated: February 17, 2026

BRETT A. SHUMATE
Assistant Attorney General

JOSHUA WU
Deputy Assistant Attorney General,
Tax Litigation Branch

*/s/ Gokce T. Yurekli*
GOKCE T. YUREKLI
Trial Attorney
Tax Litigation Branch
Civil Division, Department of Justice
P.O. Box 227
Washington, D.C. 20044
Tel: (202) 598-0581
Fax: (202) 514-6866
Gokce.T.Yurekli@usdoj.gov
*Counsel for Plaintiff United States*

## CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to those parties registered to receive it. On the same day I also emailed the attached document to the following:

Cynthia Chapman
mlabclm@gmail.com
*Defendant, pro se*

*/s/ Gokce T. Yurekli*
GOKCE T. YUREKLI
Trial Attorney