**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**CIVIL ACTION NO. 3:19-CV-00766-DJH-CHL**

**UNITED STATES OF AMERICA,**                                            **Plaintiff,**

**v.**

**TIMOTHY DENISON, et al.,**                                               **Defendants.**

## ORDER

Before the Court is the United States' Status Report. (DN 62.) It indicated that it is awaiting information from the administrator of Defendant Denison's estate to assess whether substitution of the estate is appropriate. (*Id.*) It also indicated that it is discussing a potential resolution of claims with Defendant Chapman. (*Id.*) It requested leave to file another status report in sixty days. (*Id.*)

Accordingly,

IT IS HEREBY ORDERED that this matter **REMAINS STAYED**. The United States shall file an additional status report on or before **April 17, 2026**.

Colin H Lindsay, Magistrate Judge
United States District Court

cc: Counsel of record, *Pro se* Defendants

February 19, 2026